# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:10-CV-47-T30EAJ

Plaintiff:
**1021018 Alberta Ltd, an Alberta corporation, d/b/a Just Think Media**
vs.
Defendant:
**IntegraClick, LLC, a Florida limited liability corporation, d/b/a Clickbooth.com**

For:
Karl S. Kronenberger, Esq.
Kronenberger Burgoyne, LLP
150 Post Street
Suite 520
San Francisco, CA 94108

Received by HERE COMES THE JUDGE on the 3rd day of February, 2010 at 3:51 pm to be served on **IntegraClick, LLC, d/b/a Clickbooth.com by serving Joseph L. Najmy, Esq., 6320 Venture Drive, Suite 104, Lakewood Ranch, FL 34232.**

I, Steven T. Zawacki, being duly sworn, depose and say that on the **4th day of February, 2010 at 10:15 am, I:**

SERVED the within named LLC by delivering a true copy of the **SUMMONS IN A CIVIL ACTION with Complaint and Demand for Jury Trial with Damages and Injunctive and Other Relief Sought; Copies of Notice of Designation Under Local Rule 3.05 and Case Management Report** with the date and hour of service endorsed thereon by me to **Melissa Sinkler** as **Secretary to Registered Agent** of IntegraClick, LLC, d/b/a Clickbooth.com service being made at **6320 Venture Drive, Suite 104, Lakewood Ranch, FL 34232** pursuant to F.S. 48.061.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Steven T. Zawacki
CPS#0283 - 12th Circuit

Subscribed and Sworn to before me on the 4th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH A WILLIS
MY COMMISSION # DD537596
EXPIRES: Apr. 5, 2010
(407) 398-0153   Florida Notary Service.com

HERE COMES THE JUDGE
3293 Fruitville Road
Suite 106
Sarasota, FL 34237-6453
(941) 954-0169
Our Job Serial Number: 2010001276

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x