UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**1021018 ALBERTA, LTD., d/b/a**
**JUSTTHINKMEDIA,**

    **Plaintiff,**

v.                                                                                **Case No.: 8:10-CV-0047-T-30EAJ**

**INTEGRACLICK, LLC, d/b/a**
**CLICKBOOTH.COM and JOHN LEMP,**

    **Defendants.**
_____/

**ORDER**

This cause comes before the court on Defendants' **Unopposed Motion for Admission Pro Hac Vice** (Dkt. 16). Defendants request that this court permit John Dozier, Esq. of Dozier Internet Law, P.C. to appear pro hac vice, with Walter Ketcham, Esq. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla. Defendants assert that Mr. Dozier is a member in good standing of the bars of the State of Virginia and the United States District Courts for the Eastern and Western Districts of Virginia.

Upon consideration, it is **ORDERED AND ADJUDGED** that Defendants' **Unopposed Motion for Admission Pro Hac Vice** (Dkt. 16) is **GRANTED**, subject to the requirement that Mr. Dozier shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov and clicking on CM/ECF. Once counsel has registered for CM/ECF, he must also register an email address.

**DONE AND ORDERED** in Tampa, Florida this 10th day of March, 2010.

_____
ELIZABETH A JENKINS
United States Magistrate Judge