**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

1021018 ALBERTA LTD.,

      Plaintiff,

v.                                                                        Case No.  8:10-cv-47-T-30EAJ

INTEGRACLICK, LLC, et al.,

      Defendants.

_____/

**ORDER OF DISMISSAL**

      Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #76).  Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The Stipulation of Dismissal With Prejudice (Dkt. #76) is GRANTED in part.  The Court will not retain jurisdiction of this matter.

      2.      This cause is dismissed with prejudice, with each party bearing its own fees and costs.

      3.      All pending motions are denied as moot.

      4.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on August 30, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-47.dismiss 76.wpd